IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND, PAMCAH-UA LOCAL 675 ANNUITY FUND, PAMCAH-UA LOCAL 675 HEALTH & WELFARE FUND, PAMCAH-UA LOCAL 675 VACATION & HOLIDAY FUND, PAMCAH-UA LOCAL 675 TRAINING FUND, PAMCAH-UA LOCAL 675 COOPERATION FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATIVE PLUMBING, INC., a HAWAII CORPORATION; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10,<br><br>Defendants. | CV 23-00241 JMS-RT<br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CREATIVE PLUMBING INC. |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CREATIVE PLUMBING INC.**

Findings and Recommendation having been filed on January 12, 2024, and served on all parties on January 12, 2024, January 30, 2024 and/or February 9, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 28, 2024.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*PAMCAH-UA Local 675 Pension Fund et al. v. Creative Plumbing, Inc. et al.*, Civ. No. 23-00241 JMS-RT, Order Adopting the Magistrate Judge's Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendant Creative Plumbing Inc.