AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

PAMCAH-UA LOCAL 675
PENSION FUND, PAMCAH-UA
LOCAL 675 ANNUITY FUND,
PAMCAH-UA LOCAL 675 HEALTH
& WELFARE FUND, PAMCAH-UA
LOCAL 675 VACATION &
HOLIDAY FUND, PAMCAH-UA
LOCAL 675 TRAINING FUND,
PAMCAH-UA LOCAL 675
COOPERATION FUND,

   Plaintiffs,

  vs.

CREATIVE PLUMBING, INC., a
HAWAII CORPORATION; JOHN
DOES 1-10, JANE DOES 1-10, DOE
CORPORATIONS 1-10, DOE
PARTNERSHIPS 1-10, DOE
GOVERNMENTAL AGENCIES
1-10, DOE TRUSTS 1-10,

   Defendants.

**DEFAULT JUDGMENT
IN A CIVIL CASE**

Case: CV 23-00241 JMS-RT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 28, 2024

At 1 o'clock and 50 min p.m.
LUCY H. CARRILLO, CLERK

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✔]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

AO 450 (Rev. 5/85) Judgment in a Civil Case                                                                Page 2 of 2

IT IS ORDERED AND ADJUDGED that default judgment is entered against Defendant Creative Plumbing Inc., in the amount of $1,160.00 for delinquent contributions and $62,573.09 in liquidated damages; Plaintiffs be awarded $586.06 in attorneys' fees and GET; and Plaintiffs be awarded costs in the amount of $509.12, pursuant to and in accordance with the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendant Creative Plumbing", ECF 15, filed on January 12, 2024, and the "Order Adopting Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendant Creative Plumbing Inc.", ECF 18, filed on February 28, 2024.

| February 28, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |