# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 PENSION FUND, PAMCAH-UA LOCAL 675 ANNUITY FUND, PAMCAH-UA LOCAL 675 HEALTH & WELFARE FUND, PAMCAH-UA LOCAL 675 VACATION & HOLIDAY FUND, PAMCAH-UA LOCAL 675 TRAINING FUND, PAMCAH-UA LOCAL 675 COOPERATION FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CREATIVE PLUMBING, INC., a HAWAII CORPORATION; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10,<br><br>      Defendants. | AMENDED DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00241 JMS-RT<br><br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 15, 2024<br><br>At 1 o'clock and 50 min p.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered against Defendant Creative Plumbing Inc., in the amount of $1,160.00 for delinquent contributions and $62,573.09 in liquidated damages; Plaintiffs be awarded $568.06 in attorneys' fees and GET; and Plaintiffs be awarded costs in the amount of $509.12, pursuant to and in accordance with the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendant Creative Plumbing", ECF 15, filed on January 12, 2024, and the "Order Adopting Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendant Creative Plumbing Inc.", ECF 18, filed on February 28, 2024.

| April 15, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |